UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

OZGUR YALNIZKURT,

Petitioner,

v.

CHRISTOPHER LAROSE, et al.,

Respondents.

Case No.: 3:25-cv-3752-CAB-MSB

**ORDER FOR SUPPLEMENTAL INFORMATION FROM RESPONDENTS**

On December 22, 2025, Petitioner Ozgur Yalnizkurt filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] On January 5, 2026, Respondents filed a response to the Petition. [Doc. No. 4.] In their response, Respondents stated that Petitioner had an individual merits hearing scheduled for January 16, 2026. [*Id.* at 3.]

The Court requests that Respondents provide a supplemental filing by **January 26, 2026** detailing the outcome of Petitioner's individual merits hearing and any changes to Petitioner's immigration status. If Petitioner's status has changed, Respondents may make

any relevant updates to their argument. The Court will order a sur reply from Petitioner if necessary.

It is **SO ORDERED**.

Dated: January 22, 2026

Hon. Cathy Ann Bencivengo
United States District Judge