UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OZGUR YALNIZKURT,<br><br>                                    Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, et al.,<br><br>                                    Respondents. | Case No.:  3:25-cv-03752-CAB-MSB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 11] |

On December 23, 2025, Petitioner Ozgur Yalnizkurt filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] After his individual merits hearing on February 27, 2026, an immigration judge ordered Petitioner removed to Turkey. [Doc. No. 10.] Both parties declined to appeal the decision, subjecting Petitioner to a final, executable removal order. [*Id.*]

On March 4, 2025, the parties filed a joint motion to dismiss the case. [Doc. No. 11.] Good cause appearing, the Court **GRANTS** the parties' joint motion to dismiss and dismisses this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

///

///

///

1

The Clerk of the Court is directed to close the case.

It is **SO ORDERED**.

Dated:  March 5, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge